SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-27104

Re:  CLAIRE J MYRIE  
507 CENTER PLACE  
TEANECK, NJ  07666

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP  
1599 HAMBURG TURNPIKE  
WAYNE, NJ  07470

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $44,450.00**

## RECEIPTS AS OF 12/31/2018
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/14/2018 | $250.00 | 5233183000 | 10/04/2018 | $500.00 | 5287137000 |
| 10/10/2018 | ($500.00) | 5287137000 | 10/15/2018 | $500.00 | 5310332000 |
| 11/05/2018 | $500.00 | 5368873000 | 12/12/2018 | $500.00 | 5462816000 |

**Total Receipts: $1,750.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,750.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018
(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | 11/19/2018 | $714.00 | 814,364 | 12/17/2018 | $471.50 | 816,265 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 121.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CACH LLC | UNSECURED | 2,579.68 | * | 0.00 | |
| 0002 | FLAGSHIP RESORT | SECURED | 0.00 | 100.00% | 0.00 | |
| 0003 | LVNV FUNDING/RESURGENT CAPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | MIDLAND FUNDING LLC | UNSECURED | 881.42 | * | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 1,361.67 | * | 0.00 | |
| 0006 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 36,878.60 | 100.00% | 1,657.00 | |
| 0009 | TD BANK USA NA | UNSECURED | 792.64 | * | 0.00 | |
| 0011 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 454.63 | * | 0.00 | |
| 0015 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | VERIZON | UNSECURED | 367.20 | * | 0.00 | |

**Total Paid: $1,778.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $1,750.00        -    Paid to Claims: $1,657.00    -    Admin Costs Paid: $121.50      =    Funds on Hand: $471.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.