**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

| | | |
|---|---|---|
| Joseph D. Petrolino, Jr.<br>Staff Attorney<br><br>Brian M. Knapp<br>Staff Attorney | 30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br><br>Phone 973-227-2840<br>Fax 973-227-3272 | For Payments Only:<br><br>PO BOX 520<br>MEMPHIS, TN  38101-0520 |

June 11, 2019

**Re: Standing Trustee's Notice of Distribution**
    **Case No: 18-27104**

On October 26, 2018 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee  
30 TWO BRIDGES ROAD  
SUITE 330  
FAIRFIELD, NJ  07004-1550  

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 11, 2019

**Chapter 13 Case # 18-27104**

Atty:   SCURA WIGFIELD HEYER & STEVEN

Re:     CLAIRE J MYRIE  
        507 CENTER PLACE  
        TEANECK, NJ  07666

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $44,450.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/14/2018 | $250.00 | 5233183000 | 10/04/2018 | $500.00 | 5287137000 |
| 10/10/2018 | ($500.00) | 5287137000 | 10/15/2018 | $500.00 | 5310332000 |
| 11/05/2018 | $500.00 | 5368873000 | 12/12/2018 | $500.00 | 5462816000 |
| 01/17/2019 | $500.00 | 5550377000 | 02/21/2019 | $500.00 | 5636811000 |
| 03/15/2019 | $500.00 | 5704620000 | 04/18/2019 | $500.00 | 5790745000 |
| 05/16/2019 | $500.00 | 5865606000 | | | |

**Total Receipts: $4,250.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,250.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 227.00 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CACH LLC | UNSECURED | 2,579.68 | * | 0.00 | |
| 0002 | FLAGSHIP RESORT | SECURED | 0.00 | 100.00% | 0.00 | |
| 0003 | LVNV FUNDING/RESURGENT CAPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | MIDLAND FUNDING LLC | UNSECURED | 881.42 | * | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 1,361.67 | * | 0.00 | |
| 0006 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 36,878.60 | 100.00% | 3,543.00 | |
| 0009 | TD BANK USA NA | UNSECURED | 792.64 | * | 0.00 | |
| 0011 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 454.63 | * | 0.00 | |
| 0015 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | VERIZON | UNSECURED | 367.20 | * | 0.00 | |

**Total Paid: $3,770.00**  
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 11/19/2018 | $714.00 | 814364 | 12/17/2018 | $471.50 | 816265 |
| | 01/14/2019 | $471.50 | 818186 | 03/18/2019 | $471.50 | 822074 |
| | 04/15/2019 | $943.00 | 824097 | 05/20/2019 | $471.50 | 826120 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: June 11, 2019.

Receipts: $4,250.00    -    Paid to Claims: $3,543.00    -    Admin Costs Paid: $227.00    =    Funds on Hand: $480.00

Base Plan Amount: $44,450.00    -    Receipts: $4,250.00    =    Total Unpaid Balance: **$40,200.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.