Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.:  18−27104−SLM
            Chapter:  13
            Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Claire J Myrie
   507 Center Place
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−2324

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      7/16/19
Time:     02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scura, Wigfield, Heyer & Stevens, Debtor's Attorney,

COMMISSION OR FEES
$1,375.65

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 26, 2019
JAN:

                                              Jeanne Naughton
                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 18-27104-SLM
Claire J Myrie                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Jun 26, 2019
                              Form ID: 137             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db             +Claire J Myrie,    507 Center Place,    Teaneck, NJ 07666-1625
517723228      ++FLAGSHIP RESORT,    60 NORTH MAINE AVENUE,    ATLANTIC CITY NJ 08401-5518
                 (address filed with court: Flagship Resort,     60 North Main Ave.,   Atlantic City, NJ 08401)
517723233      +Pressler, Felt & Washaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517723234      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
517741130      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517723235      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
517723236      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2019 00:28:36     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2019 00:28:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517842510       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2019 00:22:28     CACH, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,   Greenville, SC 29603-0587
517723227      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2019 00:22:29     Cach, LLC,
                 4340 South Monaco,    2nd Floor,   Denver, CO 80237-3485
517843323       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2019 00:23:20     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,   Greenville, SC 29603-0587
517723229      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2019 00:22:29
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
517723230      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2019 00:28:31     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517754322      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2019 00:28:31     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517723231      +E-mail/PDF: bankruptcy@ncfsi.com Jun 27 2019 00:21:32     New Century Financial Services,
                 110 South Jefferson Road,    #104,   Whippany, NJ 07981-1038
517854980       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2019 00:23:14
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
517723232      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2019 00:44:41
                 Portfolio Recovery,   Po Box 41021,    Norfolk, VA 23541-1021
517726268      +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 00:21:23     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517853528      +E-mail/Text: bncmail@w-legal.com Jun 27 2019 00:28:43     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517853214      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2019 00:33:50     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 26, 2019
                              Form ID: 137             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2019 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Claire J Myrie dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON et al ...
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON et al ...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```