SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-27104

Re:  CLAIRE J MYRIE  
507 CENTER PLACE  
TEANECK, NJ  07666

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP  
1599 HAMBURG TURNPIKE  
WAYNE, NJ  07470

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $44,450.00**

## RECEIPTS AS OF 01/15/2020  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/14/2018 | $250.00 | 5233183000 | 10/04/2018 | $500.00 | 5287137000 |
| 10/10/2018 | ($500.00) | 5287137000 | 10/15/2018 | $500.00 | 5310332000 |
| 11/05/2018 | $500.00 | 5368873000 | 12/12/2018 | $500.00 | 5462816000 |
| 01/17/2019 | $500.00 | 5550377000 | 02/21/2019 | $500.00 | 5636811000 |
| 03/15/2019 | $500.00 | 5704620000 | 04/18/2019 | $500.00 | 5790745000 |
| 05/16/2019 | $500.00 | 5865606000 | 06/20/2019 | $500.00 | 5952886000 |
| 07/18/2019 | $500.00 | 6025426000 | 08/22/2019 | $500.00 | 6113980000 |
| 09/19/2019 | $750.00 | 6187418000 | 10/25/2019 | $750.00 | 6276268000 |
| 12/02/2019 | $750.00 | 6365370000 | 12/27/2019 | $750.00 | 6429520000 |

**Total Receipts: $8,750.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,750.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 11/19/2018 | $714.00 | 814,364 | 12/17/2018 | $471.50 | 816,265 |
| | 01/14/2019 | $471.50 | 818,186 | 03/18/2019 | $471.50 | 822,074 |
| | 04/15/2019 | $943.00 | 824,097 | 05/20/2019 | $471.50 | 826,120 |
| | 06/17/2019 | $480.00 | 828,071 | 10/21/2019 | $803.10 | 836,005 |
| | 12/16/2019 | $711.00 | 839,932 | 01/13/2020 | $711.00 | 841,823 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 415.25 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,375.65 | 100.00% | 1,375.65 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CACH LLC | UNSECURED | 2,579.68 | * | 0.00 | |
| 0002 | FLAGSHIP RESORT | SECURED | 0.00 | 100.00% | 0.00 | |
| 0003 | LVNV FUNDING/RESURGENT CAPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | MIDLAND FUNDING LLC | UNSECURED | 881.42 | * | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 1,361.67 | * | 0.00 | |
| 0006 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 36,878.60 | 100.00% | 6,248.10 | |

**Chapter 13 Case # 18-27104**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0009 | TD BANK USA NA | UNSECURED | 792.64 | * | 0.00 | |
| 0011 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 454.63 | * | 0.00 | |
| 0015 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | VERIZON | UNSECURED | 367.20 | * | 0.00 | |

**Total Paid: $8,039.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $8,750.00    -    Paid to Claims: $6,248.10    -    Admin Costs Paid: $1,790.90    =    Funds on Hand: $711.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.