Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−27104−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Claire J Myrie
   507 Center Place
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−2324

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/12/20 at 10:00 AM

to consider and act upon the following:

*37* − Certification in Opposition to Creditor's Certification of Default (related document:36 Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 07/30/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by David L. Stevens on behalf of Claire J Myrie. (Stevens, David)

Dated: 7/30/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court