SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  CLAIRE J MYRIE        Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
   507 CENTER PLACE        1599 HAMBURG TURNPIKE
   TEANECK,  NJ  07666       WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 18-27104

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $50,530.00**

### RECEIPTS AS OF 01/14/2022   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/14/2018 | $250.00 | 5233183000 | 10/04/2018 | $500.00 | 5287137000 |
| 10/10/2018 | ($500.00) | 5287137000 | 10/15/2018 | $500.00 | 5310332000 |
| 11/05/2018 | $500.00 | 5368873000 | 12/12/2018 | $500.00 | 5462816000 |
| 01/17/2019 | $500.00 | 5550377000 | 02/21/2019 | $500.00 | 5636811000 |
| 03/15/2019 | $500.00 | 5704620000 | 04/18/2019 | $500.00 | 5790745000 |
| 05/16/2019 | $500.00 | 5865606000 | 06/20/2019 | $500.00 | 5952886000 |
| 07/18/2019 | $500.00 | 6025426000 | 08/22/2019 | $500.00 | 6113980000 |
| 09/19/2019 | $750.00 | 6187418000 | 10/25/2019 | $750.00 | 6276268000 |
| 12/02/2019 | $750.00 | 6365370000 | 12/27/2019 | $750.00 | 6429520000 |
| 01/24/2020 | $750.00 | 6504183000 | 03/02/2020 | $750.00 | 6599945000 |
| 03/30/2020 | $750.00 | 6671812000 | 04/29/2020 | $750.00 | 6747321000 |
| 05/28/2020 | $750.00 | 6818827000 | 06/18/2020 | $750.00 | 6874576000 |
| 07/16/2020 | $750.00 | 6944138000 | 08/27/2020 | $750.00 | 7040083000 |
| 09/25/2020 | $930.00 | 7109484000 | 10/30/2020 | $825.00 | 7192521000 |
| 10/30/2020 | $105.00 | 7192541000 | 11/24/2020 | $1,025.00 | 7254880000 |
| 12/21/2020 | $1,025.00 | 7317732000 | 01/25/2021 | $1,025.00 | 7397905000 |
| 02/22/2021 | $1,025.00 | 7469341000 | 03/22/2021 | $1,025.00 | 7541247000 |
| 04/29/2021 | $1,025.00 | 7629885000 | 05/26/2021 | $1,025.00 | 7693547000 |
| 07/01/2021 | $1,025.00 | 7777584000 | 07/30/2021 | $1,025.00 | 7841787000 |
| 09/03/2021 | $1,025.00 | 7924380000 | 10/07/2021 | $1,025.00 | 8000676000 |
| 11/08/2021 | $1,025.00 | 8071017000 | 12/22/2021 | $1,025.00 | 8162663000 |

**Total Receipts:  $29,935.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $29,935.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | 11/19/2018 | $714.00 | 814,364 | 12/17/2018 | $471.50 | 816,265 |

**Chapter 13 Case # 18-27104**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 01/14/2019 | $471.50 | 818,186 | | 03/18/2019 | $471.50 | 822,074 |
| | 04/15/2019 | $943.00 | 824,097 | | 05/20/2019 | $471.50 | 826,120 |
| | 06/17/2019 | $480.00 | 828,071 | | 10/21/2019 | $803.10 | 836,005 |
| | 12/16/2019 | $711.00 | 839,932 | | 01/13/2020 | $711.00 | 841,823 |
| | 02/10/2020 | $698.88 | 843,695 | | 02/10/2020 | $12.12 | 843,695 |
| | 03/16/2020 | $698.88 | 845,628 | | 03/16/2020 | $12.12 | 845,628 |
| | 04/20/2020 | $698.88 | 847,586 | | 04/20/2020 | $12.12 | 847,586 |
| | 05/18/2020 | $698.88 | 849,394 | | 05/18/2020 | $12.12 | 849,394 |
| | 06/15/2020 | $663.50 | 851,081 | | 06/15/2020 | $11.50 | 851,081 |
| | 07/20/2020 | $1,345.43 | 852,938 | | 07/20/2020 | $23.32 | 852,938 |
| | 08/17/2020 | $681.93 | 854,770 | | 08/17/2020 | $11.82 | 854,770 |
| | 10/19/2020 | $384.90 | 858,476 | | 10/19/2020 | $58.85 | 858,476 |
| | 10/19/2020 | $250.00 | 858,476 | | 02/22/2021 | $509.44 | 864,798 |
| | 02/22/2021 | $77.89 | 864,798 | | 03/15/2021 | $822.38 | 866,673 |
| | 03/15/2021 | $125.74 | 866,673 | | 04/19/2021 | $822.38 | 868,321 |
| | 04/19/2021 | $125.74 | 868,321 | | 05/17/2021 | $822.38 | 870,234 |
| | 05/17/2021 | $125.74 | 870,234 | | 06/21/2021 | $822.38 | 872,021 |
| | 06/21/2021 | $125.74 | 872,021 | | 07/19/2021 | $835.72 | 873,829 |
| | 07/19/2021 | $127.78 | 873,829 | | 08/16/2021 | $835.72 | 875,515 |
| | 08/16/2021 | $127.78 | 875,515 | | 09/20/2021 | $835.72 | 877,238 |
| | 09/20/2021 | $127.78 | 877,238 | | 10/18/2021 | $835.72 | 879,022 |
| | 10/18/2021 | $127.78 | 879,022 | | 11/17/2021 | $844.61 | 880,721 |
| | 11/17/2021 | $129.14 | 880,721 | | 12/13/2021 | $844.61 | 882,351 |
| | 12/13/2021 | $129.14 | 882,351 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,851.54 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,405.05 | 100.00% | 4,405.05 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CACH LLC | UNSECURED | 2,579.68 | * | 0.00 | |
| 0002 | FLAGSHIP RESORT | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | LVNV FUNDING/RESURGENT CAPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | MIDLAND FUNDING LLC | UNSECURED | 881.42 | * | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 1,361.67 | * | 0.00 | |
| 0006 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 36,878.60 | 100.00% | 20,950.44 | |
| 0009 | TD BANK USA NA | UNSECURED | 792.64 | * | 0.00 | |
| 0011 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 454.63 | * | 0.00 | |
| 0015 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | VERIZON | UNSECURED | 367.20 | * | 0.00 | |
| 0017 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 3,939.52 | 100.00% | 1,504.22 | |
| 0018 | SPECIALIZED LOAN SERVICING LLC | ADMINISTRATIVE | 250.00 | 100.00% | 250.00 | |

**Total Paid: $28,961.25**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $29,935.00   -   Paid to Claims: $22,704.66   -   Admin Costs Paid: $6,256.59   =   Funds on Hand: $973.75

**Chapter 13 Case # 18-27104**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.