SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA LLP
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TEL: (973) 696-8391 FAX: 973-696-8571
DSTEVENS@SCURA.COM
*COUNSEL FOR DEBTOR*

**Order Filed on August 25, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* | Case No.: 18-27104 |
| CLAIRE J. MYRIE | Chapter 13 |
| Debtor. | Judge: Hon. Stacey L. Meisel |
| | Hearing Date: August 24, 2022 |

## ORDER GRANTING MOTION TO CONTINUE CASE

The relief set forth on the following page numbered two, is hereby **ORDERED**.

**DATED: August 25, 2022**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

THIS MATTER having been brought to the Court on the application of the debtor's, Claire J. Myrie, (the "Debtor"), estate representative Antonio Myrie, by and through Debtor's counsel, Scura, Wigfield, Heyer, Stevens & Cammarota LLP, to seek a Court Order allowing the continuation of Debtor's bankruptcy case pursuant to 11 U.S. C. § 1016 (the "Motion"); and the Court having considered the moving papers, the objection thereto if any, and the arguments of counsel, if any; and the Court having determined that it is in the best interest of both the estate and the estate's creditors for the bankruptcy case to continue under the administration of Debtor's husband, Antonio Myrie, and good and sufficient notice of the Request having been provided to all parties in interest as set forth in the Certification of Service filed with the Court, and good and sufficient cause having been shown it is hereby

**ORDERED** that the Motion to Continue the case of Claire J. Myrie is granted.