SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA LLP
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TEL: (973) 696-8391 FAX: 973-696-8571
DSTEVENS@SCURA.COM
*COUNSEL FOR DEBTOR*

**Order Filed on August 25, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* | Case No.: 18-27104 |
| CLAIRE J. MYRIE | Chapter 13 |
| Debtor. | Judge: Hon. Stacey L. Meisel |
| | Hearing Date: August 24, 2022 |

## ORDER GRANTING MOTION TO CONTINUE CASE

The relief set forth on the following page numbered two, is hereby **ORDERED**.

**DATED: August 25, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

THIS MATTER having been brought to the Court on the application of the debtor's, Claire J. Myrie, (the "Debtor"), estate representative Antonio Myrie, by and through Debtor's counsel, Scura, Wigfield, Heyer, Stevens & Cammarota LLP, to seek a Court Order allowing the continuation of Debtor's bankruptcy case pursuant to 11 U.S. C. § 1016 (the "Motion"); and the Court having considered the moving papers, the objection thereto if any, and the arguments of counsel, if any; and the Court having determined that it is in the best interest of both the estate and the estate's creditors for the bankruptcy case to continue under the administration of Debtor's husband, Antonio Myrie, and good and sufficient notice of the Request having been provided to all parties in interest as set forth in the Certification of Service filed with the Court, and good and sufficient cause having been shown it is hereby

**ORDERED** that the Motion to Continue the case of Claire J. Myrie is granted.

United States Bankruptcy Court

District of New Jersey

In re:  
Claire J Myrie  
    Debtor

Case No. 18-27104-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Aug 25, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Claire J Myrie, 507 Center Place, Teaneck, NJ 07666-1625 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Claire J Myrie dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON et al ... dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON et al ... rsolarz@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6