SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  ESTATE OF CLAIRE J MYRIE            Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     507 CENTER PLACE                           1599 HAMBURG TURNPIKE
     TEANECK, NJ  07666                         WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 18-27104

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $50,530.00**

## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/14/2018 | $250.00 | 5233183000 | 10/04/2018 | $500.00 | 5287137000 |
| 10/10/2018 | ($500.00) | 5287137000 | 10/15/2018 | $500.00 | 5310332000 |
| 11/05/2018 | $500.00 | 5368873000 | 12/12/2018 | $500.00 | 5462816000 |
| 01/17/2019 | $500.00 | 5550377000 | 02/21/2019 | $500.00 | 5636811000 |
| 03/15/2019 | $500.00 | 5704620000 | 04/18/2019 | $500.00 | 5790745000 |
| 05/16/2019 | $500.00 | 5865606000 | 06/20/2019 | $500.00 | 5952886000 |
| 07/18/2019 | $500.00 | 6025426000 | 08/22/2019 | $500.00 | 6113980000 |
| 09/19/2019 | $750.00 | 6187418000 | 10/25/2019 | $750.00 | 6276268000 |
| 12/02/2019 | $750.00 | 6365370000 | 12/27/2019 | $750.00 | 6429520000 |
| 01/24/2020 | $750.00 | 6504183000 | 03/02/2020 | $750.00 | 6599945000 |
| 03/30/2020 | $750.00 | 6671812000 | 04/29/2020 | $750.00 | 6747321000 |
| 05/28/2020 | $750.00 | 6818827000 | 06/18/2020 | $750.00 | 6874576000 |
| 07/16/2020 | $750.00 | 6944138000 | 08/27/2020 | $750.00 | 7040083000 |
| 09/25/2020 | $930.00 | 7109484000 | 10/30/2020 | $825.00 | 7192521000 |
| 10/30/2020 | $105.00 | 7192541000 | 11/24/2020 | $1,025.00 | 7254880000 |
| 12/21/2020 | $1,025.00 | 7317732000 | 01/25/2021 | $1,025.00 | 7397905000 |
| 02/22/2021 | $1,025.00 | 7469341000 | 03/22/2021 | $1,025.00 | 7541247000 |
| 04/29/2021 | $1,025.00 | 7629885000 | 05/26/2021 | $1,025.00 | 7693547000 |
| 07/01/2021 | $1,025.00 | 7777584000 | 07/30/2021 | $1,025.00 | 7841787000 |
| 09/03/2021 | $1,025.00 | 7924380000 | 10/07/2021 | $1,025.00 | 8000676000 |
| 11/08/2021 | $1,025.00 | 8071017000 | 12/22/2021 | $1,025.00 | 8162663000 |
| 01/21/2022 | $1,025.00 | 8222317000 | 02/18/2022 | $1,025.00 | 8285297000 |
| 03/17/2022 | $1,025.00 | 8346393000 | 05/06/2022 | $1,025.00 | 8451300000 |
| 05/09/2022 | ($1,025.00) | 8451300000 | 06/02/2022 | $1,025.00 | 8502521000 |
| 07/22/2022 | $3,170.08 | 8602694000 | 08/10/2022 | $1,025.00 | 8641183000 |
| 09/23/2022 | $1,025.00 | 8723338000 | 10/27/2022 | $1,025.00 | 8788626000 |
| 12/23/2022 | $1,025.00 | 8898191000 | | | |

**Total Receipts: $41,305.08  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $41,305.08**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 11/19/2018 | $714.00 | 814,364 | 12/17/2018 | $471.50 | 816,265 |
| | 01/14/2019 | $471.50 | 818,186 | 03/18/2019 | $471.50 | 822,074 |
| | 04/15/2019 | $943.00 | 824,097 | 05/20/2019 | $471.50 | 826,120 |
| | 06/17/2019 | $480.00 | 828,071 | 10/21/2019 | $803.10 | 836,005 |
| | 12/16/2019 | $711.00 | 839,932 | 01/13/2020 | $711.00 | 841,823 |
| | 02/10/2020 | $698.88 | 843,695 | 02/10/2020 | $12.12 | 843,695 |
| | 03/16/2020 | $698.88 | 845,628 | 03/16/2020 | $12.12 | 845,628 |
| | 04/20/2020 | $698.88 | 847,586 | 04/20/2020 | $12.12 | 847,586 |
| | 05/18/2020 | $698.88 | 849,394 | 05/18/2020 | $12.12 | 849,394 |
| | 06/15/2020 | $663.50 | 851,081 | 06/15/2020 | $11.50 | 851,081 |
| | 07/20/2020 | $1,345.43 | 852,938 | 07/20/2020 | $23.32 | 852,938 |
| | 08/17/2020 | $681.93 | 854,770 | 08/17/2020 | $11.82 | 854,770 |
| | 10/19/2020 | $384.90 | 858,476 | 10/19/2020 | $58.85 | 858,476 |
| | 10/19/2020 | $250.00 | 858,476 | 02/22/2021 | $509.44 | 864,798 |
| | 02/22/2021 | $77.89 | 864,798 | 03/15/2021 | $822.38 | 866,673 |
| | 03/15/2021 | $125.74 | 866,673 | 04/19/2021 | $822.38 | 868,321 |
| | 04/19/2021 | $125.74 | 868,321 | 05/17/2021 | $822.38 | 870,234 |
| | 05/17/2021 | $125.74 | 870,234 | 06/21/2021 | $822.38 | 872,021 |
| | 06/21/2021 | $125.74 | 872,021 | 07/19/2021 | $835.72 | 873,829 |
| | 07/19/2021 | $127.78 | 873,829 | 08/16/2021 | $835.72 | 875,515 |
| | 08/16/2021 | $127.78 | 875,515 | 09/20/2021 | $835.72 | 877,238 |
| | 09/20/2021 | $127.78 | 877,238 | 10/18/2021 | $835.72 | 879,022 |
| | 10/18/2021 | $127.78 | 879,022 | 11/17/2021 | $844.61 | 880,721 |
| | 11/17/2021 | $129.14 | 880,721 | 12/13/2021 | $844.61 | 882,351 |
| | 12/13/2021 | $129.14 | 882,351 | 02/14/2022 | $844.61 | 885,692 |
| | 02/14/2022 | $129.14 | 885,692 | 03/14/2022 | $844.61 | 887,404 |
| | 03/14/2022 | $129.14 | 887,404 | 04/18/2022 | $1,702.56 | 889,083 |
| | 04/18/2022 | $260.31 | 889,083 | 07/18/2022 | $857.95 | 894,213 |
| | 07/18/2022 | $131.17 | 894,213 | 09/19/2022 | $3,511.39 | 897,370 |
| | 09/19/2022 | $536.86 | 897,370 | 11/14/2022 | $857.95 | 900,608 |
| | 11/14/2022 | $131.17 | 900,608 | 12/12/2022 | $840.16 | 902,176 |
| | 12/12/2022 | $128.46 | 902,176 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,321.27 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,405.05 | 100.00% | 4,405.05 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CACH LLC | UNSECURED | 2,579.68 | * | 0.00 | |
| 0002 | FLAGSHIP RESORT | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | LVNV FUNDING/RESURGENT CAPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | MIDLAND FUNDING LLC | UNSECURED | 881.42 | * | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 1,361.67 | * | 0.00 | |
| 0006 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 36,878.60 | 100.00% | 30,409.67 | |
| 0009 | TD BANK USA NA | UNSECURED | 792.64 | * | 0.00 | |
| 0011 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 454.63 | * | 0.00 | |
| 0015 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | VERIZON | UNSECURED | 367.20 | * | 0.00 | |
| 0017 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 3,939.52 | 100.00% | 2,950.47 | |
| 0018 | SPECIALIZED LOAN SERVICING LLC | ADMINISTRATIVE | 250.00 | 100.00% | 250.00 | |

**Total Paid: $40,336.46**
See Summary

## SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023. |
| Receipts: $41,305.08   -   Paid to Claims: $33,610.14   -   Admin Costs Paid: $6,726.32   =   Funds on Hand: $968.62 |

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.