Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.:  18−27104−SLM
                                    Chapter:  13
                                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Claire J Myrie
   507 Center Place
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−2324

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/22/23 at 10:00 AM

to consider and act upon the following:

**70** − Creditor's Certification of Default (related document:41 Consent Order filed by Creditor Specialized Loan Servicing LLC) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 01/26/2023. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

**74** − Certification in Opposition to (related document:70 Creditor's Certification of Default (related document:41 Consent Order filed by Creditor Specialized Loan Servicing LLC) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 01/26/2023. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Paul Evangelista on behalf of Claire J Myrie. (Attachments: # 1 Certificate of Service) (Evangelista, Paul)

Dated: 1/25/23

                                                                              Jeanne Naughton
                                                                                Clerk, U.S. Bankruptcy Court