UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 16, 2023**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Case No.:  _____

Chapter:              13

Judge:  _____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 16, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____, the applicant, is allowed a fee of $ _____ for services rendered and expenses in the amount of $_____ for a total of $_____ *. The allowance is payable:

☐ $1,937.25 through the Chapter 13 plan as an administrative priority. **

☐ $6,752.94 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*Applicant voluntarily reduced the compensation sought to be approved by $2,500 leaving a balance to be paid totaling $8,690.19.

**The case has been dismissed but the Standing Chapter 13 Trustee is holding funds in the amount of $1,937.25.  After reduction for administrative fees owed the Standing Chapter 13 Trustee, allowance shall be paid as a priority claim to the extent funds are available with the balance of the allowance paid outside the plan.

*rev.8/1/15*