UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
Attorney for Debtor

In Re:

Claire J. Myrie,

                  Debtor.

**Order Filed on May 16, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    18-27104-SLM

Chapter:    13

Judge:    SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 16, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that __Scura, Wigfield, Heyer, Stevens & Cammarota, LLP__ , the applicant, is allowed a fee of $ _____11,144.00_____ for services rendered and expenses in the amount of $_____46.19_____ for a total of $_____8,690.19*_____ . The allowance is payable:

☒  $1,937.25 through the Chapter 13 plan as an administrative priority.**

☒  $6,752.94 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

*Applicant voluntarily reduced the compensation sought to be approved by $2,500 leaving a balance to be paid totaling $8,690.19.

**The case has been dismissed but the Standing Chapter 13 Trustee is holding funds in the amount of $1,937.25.  After reduction for administrative fees owed the Standing Chapter 13 Trustee, allowance shall be paid as a priority claim to the extent funds are available with the balance of the allowance paid outside the plan.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 18-27104-SLM

Claire J Myrie                                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                   Page 1 of 2

Date Rcvd: May 16, 2023                     Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

**Recip ID              Recipient Name and Address**
db                  +  Claire J Myrie, 507 Center Place, Teaneck, NJ 07666-1625

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

**Name                  Email Address**

David L. Stevens
                        on behalf of Debtor Claire J Myrie dstevens@scura.com
                        ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@
                        scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon
                        on behalf of Creditor THE BANK OF NEW YORK MELLON et al ... dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
                        on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

Paul Evangelista
                        on behalf of Debtor Claire J Myrie pevangelista@scura.com
                        pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@sc
                        ura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com

District/off: 0312-2                              User: admin                                    Page 2 of 2
Date Rcvd: May 16, 2023                          Form ID: pdf903                                 Total Noticed: 1

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6